**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____ DIVISION**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 29 2015

JAMES N. HATTEN, CLERK
By: S. Brannon, Deputy Clerk

_M. Sherman_
(Print your full name)

Plaintiff *pro se*,

v.

1 - _Georgia Dept. of Public Health_
2 - _Debra Keyes, WIC Director_
3 - _Hugh Warren, Finance Manager_
(Print full name of each defendant; an employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

**1:15-CV-1430  -CC**

(to be assigned by Clerk)

## PRO SE EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

   ✓   Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

   **NOTE:** To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

____  Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

**NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

✓  Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

**NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

____  Other (describe) _____

_____

_____

_____

_____

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3. Plaintiff.   Print your full name and mailing address below:

   Name      M. Sherman

   Address   4370 Lawrenceville Hwy Unit 861
             Lilburn GA 30047

4. Defendant(s).   Print below the name and address of each defendant listed on page 1 of this form:

   Name      Georgia Department of Public Health
   Address   Attn: Sidney Barrett
             #2 Peachtree St., 16th Floor, Atlanta GA 30303

   Name      Ms. Debra Keyes, WIC Director
   Address   GA Dept of. Public Health
             #2 Peachtree St., 16th Flr, Atlanta GA 30303

   Name      Hugh Warren, Finance Manager
   Address   GA. Dept. of Public Health
             #2 Peachtree St., 16th Flr, Atlanta GA 30303

## Location and Time

5. If the alleged discriminatory conduct occurred at a location different from the address provided for defendant(s), state where that discrimination occurred:

   Same address as above

6. When did the alleged discrimination occur? (State date or time period)

    _Years 2007 thru August 29, 2014_

## Administrative Procedures

7. Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?    ✓ Yes    ___ No

    If you checked "Yes," attach a copy of the charge to this complaint.

8. Have you received a Notice of Right-to-Sue letter from the EEOC?

    ✓ Yes    ___ No

    If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: _____

9. If you are suing for **age discrimination**, check one of the following:

    ___ 60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

    ___ Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

　　　\_\_\_\_\_ Yes　　　✓ No　　　\_\_\_\_\_ Not applicable, because I was not an employee of, or applicant with, a State agency.

　　If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

_____
_____
_____
_____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

　　　\_\_\_\_\_ Yes　　　\_\_\_\_\_ No　　　✓ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

　　If you checked "Yes," describe below what happened in that administrative process:

_____
_____
_____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    ___ failure to hire me
    ✓ failure to promote me
    ___ demotion
    ___ reduction in my wages
    ✓ working under terms and conditions of employment that differed from similarly situated employees
    ✓ harassment
    ✓ retaliation
    ✓ termination of my employment
    ✓ failure to accommodate my disability
    ___ other (please specify) _____

13. I believe that I was discriminated against because of (check only those that apply):

    ✓ my race or color, which is _Black_
    ___ my religion, which is _____
    ✓ my sex (gender), which is ___ male  ✓ female
    ___ my national origin, which is _____
    ___ my age (my date of birth is _____)
    ✓ my disability or perceived disability, which is:
    Plaintiff requests suppression of (PHI) protected health information from.
    ✓ my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation
    permanent docket file: including
    ✓ other (please specify) _____
    Plaintiff requests qualified protective order to preclude unauthorized request and use of medical records and PHI.
    1- Name
    2- date of birth
    3- medical diagnoses
    4- medical records

Page 6 of 9

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

_See attachment_

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

15. Plaintiff \_\_\_\_\_ still works for defendant(s)
    \_✓\_ no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?  \_✓\_ Yes  \_\_\_\_\_ No

    If you checked "Yes," please explain: _adjusted work hours, work schedule, use of sick leave_

17. If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial. Do you request a jury trial?  \_\_\_\_\_ Yes  \_✓\_ No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

\_✓\_ Defendant(s) be directed to _Reinstatement of employment; Permanent removal of medical records from personnel files._

\_✓\_ Money damages (list amounts) _$900,000.00; $200,000 front pay; $300,000 emotional distress; $300,000 violation of constitutional rights; and medical expenses; and punitive damages_

\_✓\_ Costs and fees involved in litigating this case

\_✓\_ Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this _24_ day of _April_ , 20 _15_

_____
(Signature of plaintiff *pro se*)

_M. Sherman_
(Printed name of plaintiff *pro se*)

_4370 Lawrenceville Hwy, #861_
(street address)

_Lilburn GA 30047_
(City, State, and zip code)

_do not email_
(email address)

_____
(telephone number)

Page 9 of 9

**Plaintiff Pro-Se**
M. Sherman

vs

**Defendant:**
Georgia Department of Public Health (GA-DPH)

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
APR 29 2015
JAMES N. HATTEN, Clerk
By: J. Brown, Deputy Clerk

#1

## The Plaintiff received unequal treatment in hiring, promotion, and pay; was compensated at a lower salary and pay grade than similarly situated employees, and was terminated from employment based on disability or perceived disability, and race.

Approximately November 2012, GA DPH WIC Director Debra Keyes notified all employees that certain departments within the organization would be restructured or reorganized.

Over the next two years, all positions within the Plaintiff's assigned department (Health Promotion/WIC) were ***revised in responsibility,*** and ***increased*** in Position, Title, Pay-Grade and Salary. The Plaintiff's position, as Operations Analyst -Pay Grade 10, was the only position within the Health Promotion/WIC department, not revised in Title, Paygrade, or Salary.

On <u>March 26, 2014</u>, after all positions with the 'new organization' were filed by recruitment, the Plaintiff received an email notice from GA-DPH Office of Human Resources employee Mauri Smith. The email was addressed only to the Plaintiff, and stated:

> "...*You have been identified as a <u>KEY</u> position... within the organization....*
> *upon completion of a "desk audit" you will receive a job description outlining*
> *your job responsibilities...*"

On <u>April 14, 2014</u>, the Plaintiff received a 'new' job description, also via email from Mauri Smith, indicating her job title in the new organization is now, *Program Administration Operations Analyst (EL)*, at *Pay-Grade (10)*. The Defendant provided a job description to the Plaintiff, having full knowledge that fifty percent (50%) of the job responsibilities listed on the job description, had been eliminated more than a year prior to submission of the email to the

Plaintiff. The Defendant excluded the Plaintiff from the recruitment process, the Plaintiff was denied an interview, and received no recruitment notice for any position(s) for which she made application, and for which she qualified, during the approximately two year reorganization period.

#2

## The Plaintiff was denied a reasonable accommodation based on disability or perceived disability, and subjected to harassment and retaliation, after initiation and participation in a discrimination complaint proceeding

On March 6, 2014, GA DPH Finance Manger Hugh Warren harassed the Plaintiff by, pointing at the Plaintiff during a staff meeting, and announcing to the meeting group *"...she receives a schedule accommodation for medical treatment...."*.

Employees present at the meeting, and witness to Mr. Warren's statement were: Anthony McGhaughey, WIC-Deputy Director of Program Administration and Astride Ainsley, WIC-Technology Manager. Immediately following the meeting, Mr. McGhaughey and Ms. Ainsley (separately) approached the Plaintiff's workstation, and both offered apologies for Mr. Warren's statement.

The meeting was called to announce the "end" of all telework and alternative work schedules. The Plaintiff was advised by Anthony McGaughey, that employees can no longer telework or work an alternative schedule effective March 6, 2014. The Plaintiff was not allowed an alternative work schedule, while other employees continued "work-away and telework" schedules, following the meeting.

OCTOBER 21, 2012, Hugh Warren (Deputy Director/Systems Information) harassed the Plaintiff, and mocked the Plaintiff's employment status during an off-site GA DPH fire drill exercise. Mr. Warren made a comment (in the presence of former GA DPH Employee Relations Manager Lawsey Thomas) and other GA DPH employees. He stated to the Plaintiff "....*How did you get down here?......Girl, I better get you on this elevator list....*", after the comment, Mr. Warren and Employee Relations manager, Lawsey Thomas, as well as other employees, began laughing at the Plaintiff.

_[signature]_                                                                                  04/24/2015

**Plaintiff Pro-SE**                                                                          **Date**
M. Sherman
4370 Lawrenceville Hwy #861
Lilburn GA 30047

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Mary Sherman
Post Office Box 861
Lilburn, GA 30048

From: Atlanta District Office
100 Alabama Street, S.W.
Suite 4R30
Atlanta, GA 30303

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2014-04750 | John R. Jarvis, Investigator | (404) 562-6883 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)

**Bernice Williams-Kimbrough,**
**District Director**

FEB 0 3 2015

*(Date Mailed)*

cc: Sidney R. Barrett, Jr.
GEORGIA DEPARTMENT OF PUBLIC HEALTH
2 Peachtree Street, N.W.
15th Floor
Atlanta, GA 30303

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 410-2014-04750 and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Mary Sherman | | |

**Street Address:** Post Office Box 861, Lilburn, GA 30048

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| GEORGIA DEPARTMENT OF PUBLIC HEALTH | 500 or More | (404) 232-1876 |

**Street Address:** 2 Peachtree Street, S.W., 16th Floor, Atlanta, GA 30303

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 04-01-2014   Latest: 08-29-2014
[X] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I began working for the above named company on January 16, 2016, as a Operations Analyst. In 2008, I informed my employer of my disability. In and around November 2012, I was informed that the department would be going through a reorganization. On March 26, 2014, Hugh Warren, Finance Manager harassed me and announced in a group meeting that I was receiving a scheduled accommodation for medical treatment. In April 2014, I received notice that my new job title will be Program Administration/Operations Analyst. I have applied for over 20 positions and have not received any interviews. On August 28, 2014, I received notice that my position will be phased out.

I believe I have discriminated against because of my disability, in violation of Title I of the Americans with Disabilities Act of 1990, as amended.

RECEIVED AUG 29 2014

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

**Aug 29, 2014**
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

EEOC-ATDO

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)